**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01225-CR

**CHRISTOPHER STEVEN MCGUIRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-34679-K**

## ORDER

The Court **REINSTATES** the appeal.

On January 10, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. On February 27, 2014, we received the reporter's record. Accordingly, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
JUSTICE